**United States District Court for the District of Colorado**

| | | |
|---|---|---|
| Joanne Black | : | United States District Court |
| | | District of Colorado |
| | | Case No. 22-cv-3098-DDD |
| v. | : | |
| Bernard Black | | |

**NOTICE OF APPEAL and REQUEST TO REOPEN APPEAL**

NOTICE is hereby given that Bernard Black, in his capacity as Trustee of the Irrevocable Trust for the Benefit of the Issue of Renata Black, appeals to the United States Court of Appeals for the Tenth Circuit from the judgment awarding fees and other sanctions, entered in this action on November 8, 2023.

This is a continuation of case 23-1155, in which the Tenth Circuit determined in a decision on July 19, 2023, that the award of fees and sanctions was not then final and was not yet appealable. That award is now final and appealable. Mr. Black therefore requests that this appeal be re-opened, and that this motion appeal be considered as a continuation of case 23-1155.

Dated this 4th of December, 2023.

/s/ Bernard S. Black

**CERTIFICATE OF SERVICE**

    I hereby certify that I served a true and correct copy of the foregoing document on December , 2023, to the following individual(s) by the method(s) indicated below.

<u>Via ECF</u>:
Counsel for Joanne Black
DiPonio and DiPonio LLC
Lisa ReneeMarie DiPonio
7931 S. Broadway # 348
Littleton CO 80120
diponiolawfirm@comcast.net

                                                /s/ Bernard S. Black

                                                Bernard S. Black
                                                Pro se, as Issue Trust Trustee